**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RALEIGH POOLE BAKER,

                    Plaintiff,                          20 **CIVIL** 8523 (JPC)(OTW)

        -against-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2022, the Court has conducted a de novo review of the Report and Recommendation and finds it to be well reasoned and its conclusions well founded. The Report and Recommendation is ADOPTED in its entirety. This case is remanded for further administrative review, including but not limited to a de novo hearing and a new decision on Baker's entitlement to Social Security Disability Insurance Benefits; accordingly, the case is closed.

**Dated:** New York, New York
           September 27, 2022

                                      **RUBY J. KRAJICK**

                                        _____
                                          **Clerk of Court**
        **BY:**               K. mango
                                         _____
                                          **Deputy Clerk**