UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

RALEIGH B.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---x

20-CV-8523 (JPC) (OTW)

**OPINION & ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the motion, supporting memorandum, affirmation, and reply of Petitioner, Charles E. Binder, attorney for the Plaintiff in the above captioned case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b)(1) at ECF Nos. 28-30, 39. The Commissioner neither supports nor opposes counsel's request. (ECF 37).

**IT IS HEREBY ORDERED** that attorney's fees be granted in the amount of $24,643.73. Upon receipt of payment, Plaintiff's counsel is directed to remit the attorney's fee of $4,780.30 under the EAJA previously paid to counsel for Plaintiff in connection to this case.

The Clerk of the Court is respectfully directed to close ECF 28.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 2, 2026
New York, New York